# UNITED STATES
## v.
# RICHARD PATTINSON

### 1808

#### JOURNAL ENTRIES

1. Plea filed; replication; arguments heard . . . *Journal, infra,* \*p. 141
2. Affirmed . . . . . . . . . . . . . . " 163

#### PAPERS IN S. C. FILE

1. Writ of habeas corpus . . . . . . . . . . . .
2. Bill of exceptions (incomplete) . . . . . . . . . .
3. Copy of district court record (incomplete) . . . . . . .
4. Writ of error . . . . . . . . . . . . . .
5. Scire facias to confess or deny seal . . . . . . *Printed in Vol. 2*
6. Assignment of errors . . . . . . . . . "
7. Plea: In nullo est erratum . . . . . . . "
8. Copy of district court record . . . . . . . "

#### PAPERS IN D. C. FILE

1. Capias . . . . . . . . . . . . . . . . .